THE STATE V. SIMPSON.

*Appeal from Polk District Court.*—HON. W. H. McHENRY, Judge.

FILED, FEBRUARY 8, 1890.

THE defendant was indicted, tried and convicted upon a charge of keeping a nuisance by the unlawful sale of intoxicating liquors, and he appeals.

*W. S. Sickmon*, for appellant.

*John Y. Stone*, Attorney General, for the State.

ROTHROCK, C. J.—The appeal was submitted to this court upon a transcript of the indictment and the judgment of the court. There is nothing in the record which shows that there was any error in the rulings and judgment of the court. The judgment will therefore be

AFFIRMED,

---

THE STATE V. HARRIS.

*Appeal from Polk District Court.*—HON. W. H. McHENRY, Judge.

FILED, FEBRUARY 8, 1890.

THE defendant was convicted upon a charge of keeping a nuisance by the unlawful sale of intoxicating liquors, and he appeals.

*W. S. Sickmon*, for appellant.

*John Y. Stone*, Attorney General, for the State.

ROTHROCK, C. J.—The appeal was submitted to this court upon a transcript of the indictment and the judgment of the court. There is nothing in these records which shows that there was any error in the rulings and judgment of the district court. The judgment will therefore be

AFFIRMED.